### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:12CR246** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| **JERONIMO CASTRO PRADA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The Defendant has filed a document that has been designated as a "Motion to Reduce Sentence - USSC Amendment" (Filing No. 47). Upon review of the document which is titled, "Motion to have Counsel Appointed in Forma Pauperis for Reduction of Term of Imprisonment," there is reference to the retroactive application of Amendment 782. Therefore, the Court will construe the defendant's pro se filing as a motion seeking relief under Sentencing Guideline Amendment 782, and as a request for appointment of counsel and to proceed in forma pauperis.

IT IS ORDERED that:

1.  The portion of the pro se filing which has been construed as the Defendant's request for relief under Sentencing Guideline Amendment 782 (Filing No. 47) will be held in abeyance pursuant to General Order No. 2014-09;

2.  The Defendant's request for appointment of counsel and to proceed in forma pauperis is denied as moot; and

3.  The Clerk shall provide the Defendant with a copy of this order and General Order No. 2014-09.  The Clerk shall also give notice of the entry of this order to the

United States Attorney, to the Federal Public Defender, and to the Supervisory United States Probation Officer who handles presentence reports.

DATED this 1st day of December, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge